**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES SECURITIES AND**
**EXCHANGE COMMISSION,**

                **Plaintiff,**

**-vs-**                                                **Case No. 6:09-cv-1638-Orl-31KRS**

**K & L INTERNATIONAL ENTERPRISES,**
**INC., SIGNATURE LEISURE, INC.,**
**SIGNATURE WORLDWIDE ADVISORS,**
**LLC, STEPHEN W. CARNES,**
**LAWRENCE A. POWALISZ, ENZYME**
**ENVIRONMENTAL SOLUTIONS, INC.,**
**and JACK E. HOCHSTEDLER,**

                **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **MOTION FOR PRELIMINARY INJUNCTION BY CONSENT (Doc. No. 13)**
>
> **FILED:**      **September 28, 2009**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 29, 2009.

                                                                  GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE